```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC #: _____
                                        DATE FILED: 1 8 AUG 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

AMAURY LOPEZ SR.,

    Defendant.

- - - - - - - - - - - - - - - - x

PRIOR FELONY
<u>INFORMATION</u>

S1 10 Cr. 798 (PAC)

    The United States Attorney charges:

    On or about June 24, 1992, in New York Supreme Court, Bronx County, AMAURY LOPEZ SR., the defendant, was convicted of Criminal Sale of a Controlled Substance in the Fifth Degree, a Class D Felony, in violation of New York Penal Law § 220.31, for which the defendant received a sentence of 30 months to five years' imprisonment.

    Accordingly, the defendant is subject to the enhanced penalties of Title 21, United States Code, Section 841(b)(1).

    (Title 21, United States Code, Section 851.)

Dated:    New York, New York
            August 18, 2011

                                          */s/ Preet Bharara*
                                          PREET BHARARA
                                          United States Attorney

0293