**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

### United States District Court

Southern _____ District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 3 2012

Caption:
UNITED STATES _____ v.

AMAURY LOPEZ

Docket No.: 10 Cr. 798

PAUL A. CROTTY
(District Court Judge)

Notice is hereby given that AMUARY LOPEZ SR. _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ✓ , other | of conviction

entered in this action on 5/17/2012 _____. (specify)
(date)

This appeal concerns: Conviction only | ✓   Sentence only |   Conviction & Sentence | ✓   Other [___]

Defendant found guilty by plea |   trial | ✓   N/A | .

Offense occurred after November 1, 1987?  Yes | ✓   No [   N/A [

Date of sentence: 5/15/2012 _____ N/A |___

Bail/Jail Disposition: Committed | ✓   Not committed |   N/A |

Appellant is represented by counsel?  Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Steven Brill |
| Counsel's Address: | 115 Broadway, 17th Floor |
| | New York, New York |
| Counsel's Phone: | 212-566-1000 |
| Assistant U.S. Attorney: | David Miller |
| AUSA's Address: | |
| | |
| AUSA's Phone: | |

Signature