# CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** USA v. Amaury Lopez v.

**DOCKET NUMBER:** 10 Cr. 798 (PAC)

**COUNSEL'S NAME:** Steven Brill

**COUNSEL'S ADDRESS:** 115 Broadway, 17th Floor

**COUNSEL'S PHONE:** 212-566-1000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 8 2012

## QUESTIONNAIRE

☑ I am ordering a transcript.

☐ I am not ordering a transcript. Reason: ☐ Daily copy available ☐ U.S. Atty. placed order ☐ Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

☑ Pre-trial proceedings: Oral Argument 9/6/2011, 9/9/2011
(Description & Dates)

☑ Trial: 9/12/2011-9/21-2011
(Description & Dates)

☑ Sentencing: 5/15/2012
(Description & Dates)

☐ Post-trial proceedings: _____
(Description & Dates)

I, Steven Brill, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☐ Funds  ☑ CJA Form 24

_____    5-18-2012
Counsel's Signature         Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____        _____
Court Reporter's Signature         Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.